IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUSTAVO RODRIGUES PEREIRA,**<br><br>Petitioner,<br><br>v.<br><br>**DAVID O'NEILL,** *Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement*, et al.,<br><br>Respondents. | **CIVIL ACTION**<br><br>No. 25-6543-KSM |

## ORDER

**AND NOW** this 8th day of December, 2025, upon consideration of Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' opposition (Doc. No. 8), and Petitioner's reply brief (Doc. No. 9), it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Government shall **RELEASE** Petitioner from custody immediately. Counsel shall certify compliance with this Order and the accompanying Memorandum by filing on the docket no later than 12:00 p.m. ET on **December 9, 2025.**

3. The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody.

4. If the Government pursues re-detention of Petitioner after that seven-day period, they must first provide him with a bond hearing, at which an immigration judge shall determine whether detention is warranted pending the resolution of Petitioner's removal proceedings. Pending that bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as the proposed destination. The Court will then determine whether to grant the request and permit transfer.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**
**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**